# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONICA LEE,

                Plaintiff,

vs.

COUNTRYWIDE HOME LOANS, INC. and RECONTRUST COMPANY, N.A.,

                Defendants.

Case No. 2:16-cv-00963-RFB-GWF

**ORDER**

      This matter is before the Court on Defendants' Motion for Clarification (ECF No. 23), filed on December 1, 2016.

      The Court held a hearing on Defendants' Motion to Stay Discovery (ECF No. 20) on August 29, 2016. *See Minutes of Proceedings* (ECF No. 22). During that hearing, the Court granted Defendants' Motion to Stay pending the disposition of Defendants' Motion to Dismiss (ECF No. 6). *See id.* Defendants now seek clarification of that order, specifically inquiring into whether the Court's order extends to the dispositive motions deadline. The Court's stay of discovery does in fact apply to the dispositive motions deadline. If the District Court denies Defendant's Motion to Dismiss, the parties will be required to file a new discovery plan and scheduling order, which includes a new dispositive motions deadline. Therefore, Defendants are allowed to withdraw their motion for summary judgment that was made in the alternative to their motion for clarification. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants' Motion for Clarification (ECF No. 23) is **granted**.

      DATED this 13th day of Janaury, 2017.

                                        */s/ George Foley Jr.*
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge